Seth Webb
**Brown & Crouppen, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Shirley Mae Nash v. G.D. Searle, LLC, et al.*<br>(05-4544 CRB)<br><br>*William Crowley v. Pfizer Inc.*<br>(06-2668 CRB)<br><br>*Arnold Swick v. Pfizer Inc.*<br>(06-3304 CRB)<br><br>*Marvin Rogers v. G.D. Searle, LLC, et al.*<br>(06-4514 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

DATED: 11-23, 2009        By: _____

**BROWN & CROUPPEN, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359

*Attorneys for Plaintiffs*

DATED: Dec. 1, 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009        _____
Hon. Charles R. Breyer
United States District Court

-2-